M. L. WALKER, et al., Appellants, v. H. C. GLENN, Receiver, Appellee.

No. 8044.

Court of Civil Appeals of Texas. Austin.

April 3, 1935.

Rehearing Denied May 8, 1935.

Dibrell & Snodgrass, of Coleman, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

McCLENDON, Chief Justice.

Appeal from a judgment for appellee upon certain promissory notes and foreclosing first and second trust deed liens securing them.

Appellants urge two grounds of reversal:

1. The overruling of a motion for continuance predicated upon the moratorium statute. Since the trial of this case the Supreme Court has held this statute unconstitutional; hence this ruling of the trial court presents no error. Travelers' Ins. Co. v. Marshall (Tex. Sup.) 76 S.W.(2d) 1007, 96 A. L. R. 802.

2. The refusal of the trial court to sustain a plea of usury predicated upon the provisions of the trust deeds. The case is ruled in this regard by the decision in Walker v. Temple Trust Co. (Tex. Civ.

App.) 60 S.W.(2d) 826, recently affirmed by the Supreme Court, 80 S.W.(2d) 935.

The trial court's judgment is affirmed.

Affirmed.

M. L. WALKER et al., Appellants, v. H. C. GLENN, Receiver of Temple Trust Co., Appellee.

No. 8045.

Court of Civil Appeals of Texas. Austin.

April 3, 1935.

Rehearing Denied May 8, 1935.

Dibrell & Snodgrass, of Coleman, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

BLAIR, Justice.

Appellee, H. C. Glenn, as receiver for Temple Trust Company, sued appellants, M. L. Walker and wife, for a balance due on their principal note for $2,500 and their interest note for $342.33, secured respectively by a first and second deed of trust on certain real estate. Simms Oil Company was sued as junior mortgagee. Appellants pleaded that the loan contract was usurious from its inception. The trial court held the contrary, and rendered judgment for appellee; hence this appeal.

The loan contract is identical with the one involved in the case of Walker v. Temple Trust Co. (Tex. Civ. App.) 60 S.W.(2d) 826, affirmed by Commission of Appeals, 80 S.W.(2d) 935, wherein the loan contract was construed as clearly manifesting an intention on the part of the loan company to avoid the collection of usurious interest. Upon the authority of that case the instant case will be affirmed.

Affirmed.